# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

The County of Summit, Ohio

CIVIL CASE NO.  1:23-op-45001-DAP

vs.

JUDGE  Dan Aaron Polster

Express Scripts, Inc., et al.

## PRAECIPE FOR ISSUANCE

☒  ORIGINAL SUMMONS

☐  ALIAS SUMMONS

☐  THIRD PARTY SUMMONS

☐  CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐  CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐  WRIT OF EXECUTION

☐  OTHER (Please Specify)  _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule  4.2.

Date:  01/20/2023              By:  /s/Linda Singer

Attorney for  Plaintiff, The County of Summit, Ohio

revised 02/2009